UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1699<br><br>District Judge: Charles R. Breyer<br>Magistrate |
| CLARENCE ROY, SR.<br>　　　　Plaintiff,<br><br>VS.<br><br>PFIZER, INC. ET AL<br>　　　　Defendants. | C.A. No. 07 CV 1923<br><br>NOTICE OF DISMISSAL |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Comes now the Plaintiff, CLARENCE ROY, SR. by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff or a representative attempt to re-file claim against Defendants, they shall do so only by re-filing in the United States District Court.

Dated: June 26, 2007.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　HISSEY, KIENTZ & HERRON, P.L.L.C.

　　　　　　　　　　　　　　　　[signature]

　　　　　　　　　　　　BY:_____
　　　　　　　　　　　　　　　　Erik B. Walker
　　　　　　　　　　　　　　　　TX Bar No.: 00792104
　　　　　　　　　　　　　　　　16800 Imperial Valley Drive, Ste. 130
　　　　　　　　　　　　　　　　Houston, Texas 77060
　　　　　　　　　　　　　　　　(713)224-7670 (Telephone)
　　　　　　　　　　　　　　　　(713)224-7671 (Facsimile)

1

**ATTORNEYS FOR PLAINTIFFS**

**GORDON & REESE**

BY: _____
Stuart M. Gordon, Esq.
CA Bar No. 37477
275 Battery Street, Ste. 2000
San Francisco, CA 94111
415/986-5900 Telephone
415/262-3801  Facsimile

**ATTORNEYS FOR DEFENDANTS**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § § | MDL No. 1699<br><br>District Judge: Charles R. Breyer<br>Magistrate |
| CLARENCE ROY, SR.<br>            Plaintiff,<br><br>VS.<br><br>PFIZER, INC. ET AL<br>            Defendants. | § § § § § § § § | C.A. No. 07 CV 1923<br><br>NOTICE OF DISMISSAL |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGE:

This matter is dismissed without prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this _____ day of ___July 9_____, 2007, in San Francisco, California.

_____
CHARLES R. BREYER
United States District Judge

1